Adam J. Friedman, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for SN Servicing Corporation as Servicer for
US Bank Trust National Association, as Trustee of the
PRP II Pals Investments Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: | : CASE NO.: 18-22703 |
| | : |
| | : CHAPTER: 13 |
| Michelle McCarthy | : |
| | : HON. JUDGE.: |
| | : |
| Debtor | : **ROBERT D. DRAIN** |
| | : HEARING DATE: |
| -----------------------------------------------------------X | : July 11, 2018 |

**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**

**PLEASE TAKE NOTICE** that SN Servicing Corporation as Servicer for US Bank Trust
National Association, as Trustee of the PRP II Pals Investments Trust ("Secured Creditor),
the holder of a mortgage on real property of the debtor(s), by and through its undersigned
attorneys hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor(s) plan fails to provide for the claim of Secured Creditor. The objecting creditor is
   due arrears of approximately $409,808.60, which will be set forth in the Proof of Claim to
   be filed prior to bar date.

2. Debtor(s) seeks to modify the rights of Secured Creditor, which is the holder of a claim
   secured only by a security interest in real property that is the principal residence of the
   debtor(s). Secured Creditor objects to Debtor(s) plan to cram down the value of the
   property and requests an interior appraisal, copy of lease agreement and a declaration
   from the tenant that lives at the property stating how long the tenant has lived at the
   property and how much the monthly rent is. Debtor received a discharge of their Ch. 7
   bankruptcy on June 15, 2017 claiming occupancy of the Property. Furthermore, Debtor(s)

plan provides no supporting documentation for their request to cram down the value of the property.

3. Debtor(s) proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

4. Debtor(s) proposed plan does not provide that Secured Creditor retain its lien.

5. Debtor(s) proposed plan is not feasible as the plan calls for loss mitigation to cure the arrears. Debtor(s) plan also fails to account for all post-petition payments required to be made by the Debtor, including but not limited to, monthly mortgage payments, taxes and property insurance.

6. Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C § 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

FRIEDMAN VARTOLO LLP
Attorneys for SN Servicing Corporation as
Servicer for US Bank Trust National
Association, as Trustee of the PRP II Pals
Investments Trust
85 Broad Street Suite 501
New York, New York 10004
By: /s/ Adam J. Friedman

Adam J. Friedman, Esq.

Date: June 7, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

|  |  |
|---|---|
|  | : CASE NO.: 18-22703 |
| IN RE: | : |
|  | : CHAPTER: 13 |
|  | : |
| Michelle McCarthy | : HON. JUDGE.: |
|  | : |
| Debtor | : **ROBERT D. DRAIN** |
|  | : HEARING DATE: |
-----------------------------------------------------------X : July 11, 2018
:

## CERTIFICATE OF SERVICE

On <u>June 8, 2018</u>, I served a true copy of the annexed **NOTICE OF OBJECTION TO CONFIRMATION OF PLAN** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Adam J. Friedman
Adam J. Friedman, Esq.
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

## SERVICE LIST

Michelle McCarthy
39 Riverview Pl
Yonkers, NY 10701
*Debtor*


Joshua N. Bleichman
Bleichman & Klein
117 South Main Street, Route 45 South
Spring Valley, NY 10977
*Debtor's Attorney*

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
*Trustee*

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
*U.S. Trustee*